# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2587

_____

| | | |
|---|---|---|
| Julius Simmons, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| St. Louis City Police Department; | * | |
| City of St. Louis; Unknown Stanze, | * | Appeal from the United States |
| St. Louis Police Officer, | * | District Court for the |
| | * | Eastern District of Missouri. |
| Defendants, | * | |
| | * | [UNPUBLISHED] |
| Stephen Dodge, St. Louis Police | * | |
| Officer, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: July 23, 2004
Filed: August 6, 2004

_____

Before MURPHY, FAGG, and SMITH, Circuit Judges.

_____

PER CURIAM.

Julius Simmons appeals the district court's[1] adverse judgment entered upon a jury verdict in his 42 U.S.C. § 1983 action for excessive use of force. Upon careful review of the record, we conclude Simmons's appeal is untimely because his notice of appeal was not filed within thirty days of entry of final judgment, and Simmons did not seek an extension of time to file his notice of appeal. See Fed. R. App. P. 4(a).

Accordingly, we dismiss the appeal as untimely.

_____

[1]The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.